

**FILED**

7/8/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIAM LEE GRANT, II,      )
                                  )
              Plaintiff,      )
                                  )
      v.                   )      Civil Action No. 20-1838 (UNA)
                                  )
DIRECTOR OF THE CENTRAL      )
INTELLIGENCE AGENCY, *et al.*,      )
                                  )
            Defendants.      )

**<u>MEMORANDUM OPINION</u>**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Although plaintiff names a different defendant, the instant complaint is practically identical to the complaint plaintiff filed in another recent case. *See Grant v. Secretary of Defense*, No. 20-CV-1803 (D.D.C. June 29, 2020). The Court dismissed that complaint as frivolous, and will dismiss the instant complaint for the same reason. Plaintiff's application to proceed *in forma pauperis* will be granted.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 8, 2020              /s/
                                     JAMES E. BOASBERG
                                     United States District Judge